

1
2
3
4
5
6
7
8             UNITED STATES DISTRICT COURT
9             NORTHERN DISTRICT OF CALIFORNIA
10                SAN FRANCISCO DIVISION

11  UNITED STATES OF AMERICA,       )   No.: 3:06-70711 EDL
                                    )
12       Plaintiff,                 )
                                    )
13       v.                         )   ORDER DOCUMENTING WAIVER
                                    )
14  HIROSHIGE CRANNEY,              )
                                    )
15       Defendant.                 )
16  _____)

17      With the agreement of the parties, and with the consent of the defendant, the Court enters this
18  order setting a preliminary hearing date of January 1?, 2007, at 9:30 a.m. before the duty
19  magistrate judge, extending the time for the preliminary hearing under Federal Rule of Criminal
20  Procedure 5.1, and extending the 30-day time period for indictment and excluding time under the
21  Speedy Trial Act from November 14, 2006 to January 1?, 2007. The parties agree, and the
22  Court finds and holds, as follows:
23      1. Cranney has been released on a personal recognizance bond. The complaint charges him
24  with distribution of a controlled substance in violation of 21 U.S.C. § 846.
25      2. The parties contemplate a Rule 20 transfer to this district. The assistant United States
26  attorney in the District of Connecticut (the transferring district) is in the process of providing
27  Cranney with discovery, and the parties will discuss pre-charge what the disposition will be to
28  facilitate the Rule 20 transfer. Defense counsel can best do that by evaluating the evidence.



ORDER DOCUMENTING WAIVER (3:06-70711 EDL)

3. Taking into the account the public interest in the prompt disposition of criminal cases, these grounds are good cause for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1 and for extending the 30-day time period for indictment and excluding time under the Speedy Trial Act. Failure to grant the continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv). The Court also finds that the ends of justice served by excluding the period from November 14, 2006 to January 17, 2007 outweigh the best interest of the public and the defendant in a speedy trial. Id. § 3161(h)(A).

4. Accordingly, and with the consent of the defendant, the Court (1) vacates the November 14, 2006, preliminary hearing date and sets a preliminary hearing date before the duty magistrate judge on January 17, 2007 at 9:30 a.m., and (2) orders that the period from November 14, 2006 to January 17, 2007 be excluded from the time period for preliminary hearings under Federal Rule of Criminal Procedure 5.1 and from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

STIPULATED:

DATED:_____  /s  
ELIZABETH FALK  
Attorney for Hiroshige Cranney

DATED:_____  /s  
LAUREL BEELER  
Assistant United States Attorney

IT IS SO ORDERED.

DATED: 11/14/06

_____  
United States Magistrate Judge

COPIES MAILED TO  
PARTIES OF RECORD

ORDER DOCUMENTING WAIVER (3:06-70711 EDL)     2